F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00429-BNB

RAHEEM DAVIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Raheem Davis, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He attempted to initiate the instant action by submitting *pro se* an affidavit. The Court reviewed the affidavit and determined it was deficient. Therefore, on March 14, 2011, Magistrate Judge Boyd N. Boland directed Mr. Davis to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

    The March 14 order pointed out that Mr. Davis failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Mr. Davis failed to submit a Prisoner Complaint listing all parties in the caption instead of using "et al." *See* affidavit at 1. The order warned Mr. Davis that if he failed to cure the

designated deficiencies within the time allowed the action would be dismissed without prejudice and without further notice.

Mr. Davis has failed within the time allowed to cure the deficiencies listed in the March 14 order or to otherwise communicate with the Court in any way. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Raheem Davis, within the time allowed, to cure the deficiencies designated in the March 14, 2011, order to cure, and for his failure to prosecute.

DATED at Denver, Colorado, this __20th__ day of ___April___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00429-BNB

Raheem Davis
Reg No. 58146-054
ADX Florence
P.O. Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 20, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk